United States District Court
Southern District of Texas
**ENTERED**
August 21, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:17-MJ-00807-1 |
| | § | |
| MANUEL DE JESUS FUENTES-CAMPOS | § | |
| | § | |

# MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear. The evidence against the defendant meets the probable cause standard and the weight of the evidence is strong. The defendant is a citizen of El Salvador without status to remain in the United States lawfully. While the defendant was recently engaged in applying to have his immigration status adjusted, the immigration authorities of the United States have filed a detainer against the defendant. Removal proceedings against the defendant are forthcoming. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an

attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 21st day of August, 2017.

_____
Jason B. Libby
United States Magistrate Judge